ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICKY MARCUS CURRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 103-135 |
| | ) | (Former CR 197-025) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion for an evidentiary hearing is **DENIED**, Petitioner's motion to amend and supplement his § 2255 motion is **DENIED**, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the United States of America.

SO ORDERED this 23rd day of May, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Ricky Marcus Curry, Pro-se
Amy Lee Copeland, Esq.

CASE NO: CV103-135
DATE SERVED: May 23, 2005
SERVED BY: Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate