# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

*FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 AUG 13 AM 10: 28 CLERK_____ SO. DIST. OF GA.*

United States of America
v.
Ricky Marcus Curry

) Case No: CR197-00025-001
) USM No: 09857-021

Date of Original Judgment: February 19, 1999
Date of Previous Amended Judgment: February 11, 2015
*(Use Date of Last Amended Judgment if Any)*

Richard E. Miley
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 19, 1999 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 13, 2019

*Judge's signature*

Effective Date: _____

Dudley H. Bowen, Jr.
United States District Judge
*(if different from order date)*     *Printed name and title*